UNITED STATES COURT OF APPEALS FOR THIRD CIRCUIT

No. 25-2271

In re: Nat'l Football League Players' Concussion Injury Litig.

_____ vs. _____

**ENTRY OF APPEARANCE**

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

## National Football League; NFL Properties LLC

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)      ☐ Appellant(s)      ☐ Intervenor (s)

☐ Respondent(s)      ☑ Appellee(s)      ☐ Amicus Curiae

(Type or Print) Counsel's Name  Mr. Brad S. Karp

Mr.          Ms.          Mrs.          Miss

Firm  Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address  1285 Avenue of the Americas

City, State, Zip Code  New York, New York 10019

Phone  212-373-3316            Fax _____

Primary E-Mail Address (required)  bkarp@paulweiss.com

Additional E-Mail Address (1)  managingattorney@paulweiss.com

Additional E-Mail Address (2)  _____

Additional E-Mail Address (3)  _____

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

## SIGNATURE OF COUNSEL: /s/ Brad S. Karp

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES.  ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case.  Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 3/1/2016

## <u>CERTIFICATE OF SERVICE</u>

I, Brad S. Karp, hereby certify that on the 24th day of July 2025, I electronically transmitted a true and correct copy of the foregoing document, **ENTRY OF APPEARANCE**, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

Dated:  July 24, 2025                                    */s/ Brad S. Karp*
                                                         Brad S. Karp